IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY GIORGI, et al.,

    Plaintiffs,

  v.

WELLS FARGO BANK, NA, et al.,

    Defendants.

                                  /

No. 09-01335 CW

ORDER OF DISMISSAL

    A Case Management Conference was held in the above-captioned action on September 29, 2009.  No appearance was made by or on behalf of Plaintiffs.  Accordingly,

    IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

Dated  10/2/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GIORGI et al,

        Plaintiff,

  v.

 et al,

        Defendant.

Case Number: CV09-01335 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Giorgi
881 Hawthorne Drive
Walnut Creek, CA 94596

Mary C. Richards
881 Hawthorne Drive
Walnut Creek, CA 94596

Dated: October 2, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2